STATE v. MARTIN and PADGETT

No. 119 PC.

Case below: 18 N.C. App. 398.

Petition by defendant Padgett for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. MILLER

No. 132 PC.

Case below: 18 N.C. App. 489.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. PHELPS

No. 158 PC.

Case below: 18 N.C. App. 603.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. POWELL

No. 168 PC.

Case below: 18 N.C. App. 732.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. RICE

No. 150 PC.

Case below: 18 N.C. App. 575.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.